

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
07/21/2014

IN RE: § CASE NO. 14-70043-M13
~~Jacqueline Flores-Gonzalez, D~~ebtor §
OSCAR GONZALEZ §
~~Social Security No. xxx-xx-2545~~ § CHAPTER 13

AMENDED
**ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE**

**IT IS ORDERED** that the herein named employer of the Debtor noted above is hereby directed, until further ORDER of this Court to deduct from the earnings of the Debtor beginning with the next payday following the receipt of said order, and to pay directly for the Debtor forthwith to:

**Cindy Boudloche, Chapter 13 Trustee**
**P.O. Box 703**
**Memphis, TN  38101-0703**

the amount of **$573.47** on a **BI-WEEKLY**,

**IT IS FURTHER ORDERED** that the employer notify the Trustee of any termination of employment of Debtor and the reason for such termination, and

**IT IS FURTHER ORDERED** that all salary, commissions, and wages of the Debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the Debtor, in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this order be made by said employer.

Employer Name and Address: CITY OF LA JOYA
ATTN: PAYROLL DEPARTMENT
P.O. BOX H
LA JOYA, TX 78560

SPECIAL PROVISIONS:

AGREED TO:

/s/Oscar Gonzalez
Debtor

Dated 7/21/14

Richard S. Schmidt
United States Bankruptcy Judge