# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS



In Re:  Jacqueline Flores–Gonzalez

**Debtor(s)**

Case No.: 14–70043

Chapter: 13

ENTERED
08/05/2015

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/5/15

_____
MARVIN ISGUR
United States Bankruptcy Judge